**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Larry Thompson            CHAPTER 13
               Debtor(s)

BKY. NO. 24-10271 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                             Respectfully submitted,

                             /s/ **Mark A. Cronin**
                             Mark Cronin
                             07 Feb 2024, 09:46:25, EST

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322