**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>John Larry Thompson,<br><br>Debtor. | Chapter 13<br><br>Bky. No. 24-10271-amc |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Megan A. Guernsey of the firm of CLARK HILL PLC represents Valley National Bank ("**Valley**") in the above-styled and numbered case. The undersigned attorney and law firm hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of Valley and requests copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

> Megan A. Guernsey
> **CLARK HILL PLC**
> Two Commerce Square
> 2001 Market Street, Suite 2620
> Philadelphia, PA 19103
> (215) 640-8500
> (215) 640-8501 (facsimile)
> Email: mguernsey@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein. Valley additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

277258743.v1

Dated: May 8, 2024

Respectfully submitted,

**CLARK HILL PLC**

/s/ *Megan A. Guernsey*
Megan A. Guernsey (PA ID No. 202065)
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8500
(215) 640-8501 (facsimile)
Email: mguernsey@clarkhill.com

**ATTORNEYS FOR VALLEY NATIONAL BANK**

**CERTIFICATE OF SERVICE**

I, Megan Guernsey, hereby certify that on this 8th day of May, 2024, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served by electronic notice upon the following parties registered to receive notice via the Court's CM/ECF system:

Brad J. Sadek
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19102
Email: brad@sadeklaw.com
*Counsel for Debtor*

Scott F. Waterman
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
Email: info@readingch13.com
*Chapter 13 Trustee*

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Email: ustpregion03.ph.ecf@usdoj.gov

Dated: May 8, 2024

/s/ *Megan A. Guernsey*
Megan A. Guernsey (PA ID No. 202065)
CLARK HILL PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8500
(215) 640-8501 (facsimile)
Email: mguernsey@clarkhill.com

**ATTORNEYS FOR VALLEY NATIONAL BANK**

277258743.v1