**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> John Larry Thompson, <br><br> Debtor. | Chapter 13 <br><br> Bky. No. 24-10271-amc |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the *Objection to the Debtor's Chapter 13 Plan* (the "**Objection**") [ECF No. 17] filed in the above-referenced case on May 8, 2024 by Valley National Bank.

Dated: July 22, 2024

Respectfully submitted,

**CLARK HILL PLC**

/s/ *Megan A. Guernsey*
Megan A. Guernsey (PA ID No. 202065)
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8500
(215) 640-8501 (facsimile)
Email: mguernsey@clarkhill.com

**ATTORNEYS FOR VALLEY NATIONAL BANK**

278055574.v1