### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>John Larry Thompson,<br><br>Debtor. | Chapter 13<br><br>Bky. No. 24-10271-amc |

### PRAECIPE TO WITHDRAW/SATISFY PROOF OF CLAIM

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw as satisfied the *Proof of Claim* at Claim No. 11 on the Claims Register in the above-referenced case and filed on March 29, 2024 by Valley National Bank.

Dated: July 22, 2024

                                        Respectfully submitted,

                                        **CLARK HILL PLC**

                                        /s/ *Megan A. Guernsey*
                                        Megan A. Guernsey (PA ID No. 202065)
                                        Two Commerce Square
                                        2001 Market Street, Suite 2620
                                        Philadelphia, PA 19103
                                        (215) 640-8500
                                        (215) 640-8501 (facsimile)
                                        Email: mguernsey@clarkhill.com

                                        **ATTORNEYS FOR VALLEY NATIONAL BANK**

278056281.v1