Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10271-AMC**

John Larry Thompson  
1239 Pine Grove Road  
Morrisville  PA  19067

Petition Filed Date: 01/30/2024  
341 Hearing Date: 04/05/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/27/2024 | $900.00 | | 03/27/2024 | $900.00 | | 04/23/2024 | $900.00 | |
| 05/29/2024 | $956.00 | | 06/26/2024 | $956.00 | | 07/23/2024 | $956.00 | |

**Total Receipts for the Period: $5,568.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,568.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»»  001 | Secured Creditors | $11,330.90 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES<br>»»  002 | Secured Creditors | $7,146.66 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $5,757.99 | $0.00 | $0.00 |
| 4 | CITIBANK NA<br>»»  004 | Unsecured Creditors | $517.87 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»»  005 | Unsecured Creditors | $8,775.76 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»»  006 | Unsecured Creditors | $29,734.16 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»»  008 | Mortgage Arrears | $524.22 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»»  007 | Unsecured Creditors | $12,363.51 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»»  009 | Unsecured Creditors | $37,943.42 | $0.00 | $0.00 |
| 10 | FORA FINANCIAL ADVANCE LLC<br>»»  010 | Unsecured Creditors | $232,419.32 | $0.00 | $0.00 |
| 11 | VALLEY NATIONAL BANK<br>»»  011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | IDEA 247 INC DBA IDEA FINANCIAL<br>»»  012 | Unsecured Creditors | $262,498.92 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $2,697.68 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $785.90 | $0.00 | $0.00 |
| 15 | CITIBANK NA<br>»»  015 | Unsecured Creditors | $405.91 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10271-AMC**

| 16 | ODIN NEW HORIZON REAL ESTATE FUND PL »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,568.00 | Current Monthly Payment: | $956.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $556.80 | Total Plan Base: | $57,192.00 |
| Funds on Hand: | $5,011.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.