IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. **24-10271** |
| ) | |
| **John Larry Thompson,** ) | |
| ) | |
| Debtor*(s)*. ) | **Chapter 13** |
| ) | |

**NOTICE OF CHANGE OF ADDRESS**

Comes now, Fora Financial Asset Securitization 2021, LLC, a Creditor listed in the above referenced bankruptcy and hereby respectfully requests a Change of Address for Payments and Notices.

**Prior Address:**
Fora Financial Asset Securitization 2021, LLC
c/o Aubrey Thrasher, LLC
12 Powder Springs Street
Suite 240
Marietta, GA 30064

**New Address:**
Fora Financial Asset Securitization 2021, LLC
c/o Aubrey Thrasher, LLC
3050 Peachtree Road NW
Suite 240
Atlanta, GA 30305

This change of address shall apply to NOTICES AND PAYMENTS and shall be effective on September 16, 2024.

Submitted by

*/s/ Jason Khano*
Representative for Fora Financial Asset Securitization 2021, LLC
Aubrey Thrasher, LLC
3050 Peachtree Road NW
Suite 240
Atlanta, GA 30305

SEP 23 2024