United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10271-amc |
| John Larry Thompson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 13, 2025     Form ID: 155     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Larry Thompson, 1239 Pine Grove Road, Morrisville, PA 19067-3318 |
| 14861418 | + | Idea 247, Inc. d/b/a Idea Financial, c/o TAMMY BENOZA, Fein, Such, Kahn & Shepard P.C., 6 Campus Drive, Ste 304 Parsippany, NJ 07054-4673 |
| 14853479 | + | NATIONSTAR MORTGAGE LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14872620 | + | Odin New Horizon Real Estate Fund LP, c/o Bernard J. Kornberg, Practus, LLP, 58 West Portal Ave PMB 782, San Francisco, CA 94127-1304 |
| 14881859 | + | Valley National Bank, c/o Megan A. Guernsey, Esq, 2001 Market Street, Suite 2620, Philadelphia, PA 19103-7047 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14851774 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 14 2025 01:22:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14867596 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 01:31:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14850185 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 01:08:58 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14850186 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2025 00:57:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14850188 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 01:21:00 | Bank of America, Attn: Bankruptcy NC4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 14850189 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 01:09:28 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14850190 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 00:58:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14864545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:58:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14865079 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:57:39 | Citibank, N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14850191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 02:03:06 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14869290 | + | Email/Text: Bankruptcy@aubreythrasher.com | Mar 14 2025 01:22:00 | Fora Financial Asset Securitization 2021, LLC, c/o Aubrey Thrasher, LLC, 3050 Peachtree Road NW Suite 240, Atlanta, GA 30305-2212 |
| 14850192 | + | Email/Text: bankruptcy@fultonbank.com | Mar 14 2025 01:23:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 14870288 | | Email/Text: legal@ideafinancial.com | | |

Case 24-10271-amc    Doc 40    Filed 03/15/25    Entered 03/16/25 00:35:37    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14850193 | | Email/Text: legal@ideafinancial.com | Mar 14 2025 01:22:00 | IDEA 247, INC. DBA IDEA FINANCIAL, 200 SE 1st St., Suite 703, Miami, FL 33131 |
| | | | Mar 14 2025 01:22:00 | Idea Financial, 200 SE 1st St, Miami, FL 33131 |
| 14859535 | + | Email/Text: RASEBN@raslg.com | Mar 14 2025 01:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14869289 | + | Email/Text: Bankruptcy@aubreythrasher.com | Mar 14 2025 01:22:00 | Jason Khano, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 14870539 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 01:09:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14850194 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | MRC/United Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 14868786 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14850195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 01:08:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14850196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 00:58:36 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14850197 | + | Email/Text: bankruptcy@td.com | Mar 14 2025 01:22:00 | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 14869293 | + | Email/Text: AKYNAST@VALLEY.COM | Mar 14 2025 01:22:00 | Valley National Bank, Attn Adriana Kynast, 1720 Route 23 North, Wayne, NJ 07470-8448 |
| 14852784 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 14 2025 02:03:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 14850198 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Mar 14 2025 00:57:40 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14867598 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14868118 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14869272 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14850187 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14872756 | *+ | Citibank, N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 13, 2025 | Form ID: 155 | Total Noticed: 30 |

Date: Mar 15, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:**

**Name**  **Email Address**

BRAD J. SADEK
    on behalf of Debtor John Larry Thompson brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MEGAN ANNE GUERNSEY
    on behalf of Creditor Valley National Bank mguernsey@clarkhill.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

TAMMY BENOZA
    on behalf of Creditor Idea 247  Inc. d/b/a Idea Financial bankruptcy@fskslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   John Larry Thompson ) Case No. 24−10271−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 12, 2025                                                                      For The Court

                                                                                           Ashely M. Chan
                                                                                           Chief Judge, United States Bankruptcy Court