United States Bankruptcy Court
Eastern District of Pennsylvania



In re: __JOHN THOMPSON__  
           Debtor(s)

Case No. __24-10271__  
Chapter __13__

## NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 11 was filed on March 29, 2024 by Valley National Bank in the amount of $361,059.09. The filing party now notifies the court that this claim is satisfied and is now withdrawn.

Date: 03/14/2025

Adriana Kynast  
Consumer Bankruptcy Specialist  
Valley National Bank  
1720 Route 23 N  
Wayne, NJ 07470  
(888) 647-6470 XT 5645

CC:    Scott F. Waterman  
        Chapter 13 Trustee  
        2901 S. Lawrence Ave.  
        Suite 100  
        Reading, PA 19606