Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
### Chapter 13 Case No. 24-10271-AMC

John Larry Thompson  
1239 Pine Grove Road  
Morrisville  PA   19067

Petition Filed Date: 01/30/2024  
341 Hearing Date: 04/05/2024  
Confirmation Date: 03/12/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $956.00 | | 09/24/2024 | $956.00 | | 10/22/2024 | $956.00 | |
| 11/26/2024 | $956.00 | | 12/26/2024 | $956.00 | | 01/28/2025 | $956.00 | |
| 02/25/2025 | $956.00 | | 03/25/2025 | $956.00 | | 04/23/2025 | $956.00 | |
| 06/02/2025 | $956.00 | | 06/25/2025 | $956.00 | | 07/22/2025 | $956.00 | |

**Total Receipts for the Period:  $11,472.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $17,996.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,765.00 | $3,765.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO DEALER SERVICES »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $5,757.99 | $100.57 | $5,657.42 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $517.87 | $0.00 | $517.87 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 005 | Unsecured Creditors | $8,775.76 | $153.28 | $8,622.48 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $29,734.16 | $564.56 | $29,169.60 |
| 8 | NATIONSTAR MORTGAGE LLC »» 008 | Mortgage Arrears | $524.22 | $524.22 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $12,363.51 | $234.75 | $12,128.76 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $37,943.42 | $720.43 | $37,222.99 |
| 10 | FORA FINANCIAL ADVANCE LLC »» 010 | Unsecured Creditors | $232,419.32 | $4,412.86 | $228,006.46 |
| 11 | VALLEY NATIONAL BANK »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | IDEA FINANCIAL »» 012 | Unsecured Creditors | $262,498.92 | $4,983.98 | $257,514.94 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,697.68 | $47.10 | $2,650.58 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $785.90 | $0.00 | $785.90 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $405.91 | $0.00 | $405.91 |
| 16 | ODIN NEW HORIZON REAL ESTATE FUND PL<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | FULTON BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,996.00 | Current Monthly Payment: | $956.00 |
| Paid to Claims: | $15,506.75 | Arrearages: | ($956.00) |
| Paid to Trustee: | $1,527.14 | Total Plan Base: | $57,192.00 |
| Funds on Hand: | $962.11 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.