# United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

IN RE:   JOHN L THOMPSON                    CASE NO.: 24-10271
                                                                                    CHAPTER: 13

      Debtors

### Change of address – Payment for Creditor

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/13/2025                                          /s/Lisa Johnson
                                                                          Account Resolution Associate Manager
                                                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# Certificate of Service

Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| IN RE:   JOHN L THOMPSON | CASE NO:   24-10271 |
| | CHAPTER:   13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/13/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/13/2025                                    /s/Lisa Johnson
                                              Account Resolution Associate Manager
                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.