Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Larry Thompson
1239 Pine Grove Road
Morrisville, PA 19067

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10271-AMC**

Petition Filed Date: 01/30/2024
341 Hearing Date: 04/05/2024
Confirmation Date: 03/12/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $956.00 | | 09/23/2025 | $956.00 | | 10/28/2025 | $956.00 | |
| 11/25/2025 | $956.00 | | 12/23/2025 | $956.00 | | 01/28/2026 | $956.00 | |
| 02/24/2026 | $956.00 | | 03/24/2026 | $956.00 | | 04/28/2026 | $956.00 | |
| 05/27/2026 | $956.00 | | 06/24/2026 | $956.00 | | 07/28/2026 | $956.00 | |

**Total Receipts for the Period: $11,472.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $29,468.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,765.00 | $3,765.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO AUTO<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $5,757.99 | $203.84 | $5,554.15 |
| 4 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 004 | Unsecured Creditors | $517.87 | $15.27 | $502.60 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $8,775.76 | $310.69 | $8,465.07 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $29,734.16 | $1,096.82 | $28,637.34 |
| 8 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 008 | Mortgage Arrears | $524.22 | $524.22 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $12,363.51 | $456.07 | $11,907.44 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $37,943.42 | $1,399.62 | $36,543.80 |
| 10 | FORA FINANCIAL ADVANCE LLC<br>»» 010 | Unsecured Creditors | $232,419.32 | $8,573.09 | $223,846.23 |
| 11 | VALLEY NATIONAL BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | IDEA FINANCIAL<br>»» 012 | Unsecured Creditors | $262,498.92 | $9,682.63 | $252,816.29 |

**Chapter 13 Case No. 24-10271-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $2,697.68 | $95.49 | $2,602.19 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $785.90 | $16.14 | $769.76 |
| 15 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 015 | Unsecured Creditors | $405.91 | $0.00 | $405.91 |
| 16 | ODIN NEW HORIZON REAL ESTATE FUND PL<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | FULTON BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | FULTON BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TD BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,468.00 | Current Monthly Payment: | $956.00 |
| Paid to Claims: | $26,138.88 | Arrearages: | ($956.00) |
| Paid to Trustee: | $2,389.43 | Total Plan Base: | $57,192.00 |
| Funds on Hand: | $939.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.